PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**Darryl Handy,** )<br>)<br>Defendant. ) | Criminal Action No. 1:96CR00088-001 |

### Petition on Probation and Supervised Release

COMES NOW Craig H. Carpenter Probation Officer of the Court presenting an official report upon the conduct and attitude of Darryl Handy, who was placed on supervision by the Honorable Sue L. Robinson, sitting in the court at Wilmington, Delaware on the 5th day of September 1997, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a drug treatment program which may include urine testing.
2. The defendant shall participate in a mental health treatment program, including but not limited to anger management, at the direction and discretion of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Please See Attached

**PRAYING THAT THE COURT WILL ORDER** ...a warrant for the arrest of Darryl Handy, so he can be brought before the Court to answer charges he has violated the terms and conditions of his federal supervised release.

**ORDER OF COURT**

So ordered this 12th day of January 2007.

_____
Chief U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
Senior U.S. Probation Officer

Executed on   January 12, 2007

Place   Wilmington, Delaware

Page 2
RE: Darryl Handy
Petition for Action
January 12, 2007

**Petition for Action: Cause for Violation(s) of Supervised Release**

**Mandatory Condition:** The defendant shall refrain from any unlawful use of a controlled substance.

**Evidence:** The defendant tested positive for marijuana on November 7th, November 17th, December 1st, December 8th, December 18th and December 27th, 2006. The defendant tested positive for marijuana on January 3, 2007. It has been determined the November 7th, December 1st and December 18th, 2006 test samples show new uses of marijuana. It has been determined the January 3, 2007, is a new use of marijuana.

**Condition #9:** The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Evidence:** On January 10, 2007, the defendant was arrested on new criminal charges, following a police chase through the streets of Wilmington, Delaware. The defendant was allegedly the driver of a vehicle making attempts to elude police. Alfred Lewis, age 30, a convicted felon, was a passenger in the vehicle operated by the defendant. At the time of the police chase, Mr. Lewis was "wanted" for aggravated menacing and possession of a firearm during the commission of a felony.