AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

DARRYL HANDY

**WARRANT FOR ARREST**

Case Number: 96-CR-088-01-SLR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   <u>DARRYL HANDY</u>
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   x Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Violation of Supervised Release Conditions

in violation of Title _____ United States Code, Section(s) _____

**PETER T. DALLEO**
Name of Issuing Officer

**CLERK OF COURT**
Title of Issuing Officer

BY: *Francesca Tassore, Deputy Clerk*
Signature of Issuing Officer

1/12/07   at Wilmington, Delaware
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-12-07 | William David, DUSM | *William David* |
| DATE OF ARREST | | |
| 1-18-07 | | |

2007 JAN 22 AM 9:05  DISTRICT OF DELAWARE