IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 96-88-SLR |
| ) | |
| DARRYL HANDY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Sophie E. Bryan as attorney of record for the United States, and enter the appearance of Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Robert F. Kravetz
 Robert F. Kravetz
 Assistant United States Attorney
 Nemours Building, Suite 700
 1007 Orange Street
 P.O. Box 2046
 Wilmington, DE 19899-2046
 302-573-6277, x133

Dated: February 6, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No.96-88-SLR |
| ) | |
| DARRYL HANDY, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, hereby certify that on the 6th day of February 2007, I caused to be electronically filed a **Notice of Substitution of Counsel and Entry of Appearance** with the Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

Edson A. Bostic
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801

/s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney