AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ DELAWARE

U.S.A.

v.

Darryl Handy /Govt.

**EXHIBIT AND WITNESS LIST**

Case Number: 96CR88-SLR

| PRESIDING JUDGE Hearing Sue L. Robinson | ~~PLAINTIFF'S~~ ATTORNEY Robert F. Kravetz, Esq | DEFENDANT'S ATTORNEY Edson A. Bostic, Esq. |
|---|---|---|
| ~~TRIAL~~ DATE(S) Govt. 2/5/07 | COURT REPORTER V. Gunning | COURTROOM DEPUTY R. DiMeo |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/5/07 | | ✓ | Petition on Probation and Supervised Release (Carpenter) |
| 2 | | | | ✓ | Certified Conviction fr Sup. Ct, State of DE for Alfred Lewis |
| | A | | | ✓ | Police Report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.